JS-6



Emmanuel F. Fobi (SBN: 210764)
**LAW OFFICE OF EMMANUEL F. FOBI**
309 SOUTH A STREET
Oxnard CA 93030
Tel: (805) 240-2655
Fax: (805) 483-1536
efobi@aol.com

Attorneys for Plaintiff
AARON L. KLEIN

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON L. KLEIN,<br><br>          Plaintiff,<br><br>vs.<br><br>JIM MCDONNELL, Los Angeles County Sheriff; TERRI MCDONALD, Assistant Sheriff; MAGANA, Deputy Sheriff  and DOES 1-5, Inclusive,<br><br>          Defendants. | Case No. CV 16-357-GW(JCx)<br><br>**ORDER  ON STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>Judge : Hon. George H. Wu<br><br>Complaint Filed: January 15, 2016<br>Trial Date     : February 07, 2017 |

EMMANUEL F. FOBI
ATTORNEY AT LAW
309 SOUTH A STREET
OXNARD, CA 93030
TEL 805-240-2655 FAX 805-483-1536

On October 06, 2016, plaintiff AARON L.KLEIN along with defendants JIM MCDONNELL, TERRI MCDONALD and ERNEST MAGANA, entered into a stipulation pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

By the stipulation, the parties agreed that the above-captioned action is voluntarily dismissed with prejudice in its entirety.

Therefore, good cause having been shown and the parties having stipulated to same, the Court hereby makes the following order:

**IT IS ORDERED THAT**:

1.   This action is dismissed with prejudice, and each party shall bear their own fees and costs.

Dated:  October 7, 2016

GEORGE H. WU,
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EMMANUEL F. FOBI
ATTORNEY AT LAW
309 SOUTH A STREET
OXNARD, CA 93030
TEL. 805-240-2655 FAX 805-483-1536

-3-
[PROPOSED] ORDER